UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

First Union National Bank of Delaware,

Plaintiff,

v.

Matthew R. Bombach,

Defendant.

Civil No. 00-2502 JRT/FLN

PRETRIAL SCHEDULE

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/Non-Dispositive Motions:

a. All motions which seek to amend the pleadings or add parties must be served by March 8, 2001.

b. All discovery shall be commenced in time to be completed by July 1, 2001.

c. No more than 25 interrogatories, including all discrete subparts, shall be served by any party.

d. No more than 15 Requests for Admission shall be served by any party.

e. No more than 25 Document Requests shall be be served by any party.

f. No more than 10 non-expert depositions shall be taken by any party.

g. All nondispositive motions and supporting

FILED ... 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

documents, including those which relate to discovery, shall be served by July 1, 2001. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Chief Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

2. Dispositive Motions:

a. All dispositive motions shall be filed prior to August 1, 2001.

b. Judge Tunheim's Calendar Clerk, Lou Jean Gleason, (612-664-5083), will contact counsel with a hearing date after all papers have been submitted.

c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

3. Trial

a. This case shall be ready for trial no later than September 1, 2001, at which time it will be placed on the court's non-jury trial calendar.

b. Trial is estimated to last 2 trial days.

DATED: JAN 31, 2001.

Franklin L. Noel
FRANKLIN L. NOEL
Chief Magistrate Judge