AO 85 (Rev. 8/98) Notice, Consent, and Order of Reference — Exercise of Jurisdiction by a United States Magistrate Judge

# UNITED STATES DISTRICT COURT

District of MINNESOTA

FIRST UNION NATIONAL BANK OF DELAWARE
Plaintiff
V.
MATTHEW BOMBACH,
Defendant

NOTICE, CONSENT, AND ORDER OF REFERENCE — EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

Case Number: 00-2502 JRT/FLN

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
| See Attachments | | |
| | | |
| | | |
| | | |

## ORDER OF REFERENCE

IT IS ORDERED that this case be referred to Franklin L. Noel United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

FILED FEB 0 6 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD __________
DEPUTY CLERK __________

2-5-2001
Date

[signature]
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

JRT



UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

First Union National Bank of Delaware,

Plaintiff,

v.

Matthew Bombach

Defendant.

Civil No. 00-2502 JRT/FLN

CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

---

In accordance with the provisions of Title 28, U.S.C. §636(c the undersigned party or parties to the above-captioned civil matter hereby voluntarily [DOES] [redacted] (cross out which ever does not apply) consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

DATE: January 29, 2001

Signature

Counsel for First Union

NOTE: Return this form to Lou Jean Gleason in the office of the Clerk of Court whether or not you consent to jurisdiction by a magistrate judge. Do not send a copy of this form to any district judge or magistrate judge.

(i) Settlement

(1) The parties will discuss settlement before March 8, 2001, the date of the initial pre-trial conference, by the plaintiff making a written demand for settlement and deah defendant making a written response/offer to the plaintiff's demand.

(2) The parties believe that a settlement conference is appropriate and should be scheduled by the court for April 15, 2001.

(3) The parties have discussed whether alternative dispute resolution (ADR) will be helpful to the resolution of this case and recommend the following to the Court: Mediation

(j) Trial by Magistrate Judge

(1) The parties have agreed to consent to jurisdiction by the Magistrate Judge pursuant to Title 28, United States Code, Section 636(c). (If the parties agree, the consent should be filed with this report.)

Dated: January 29, 2001

David P. Bunde (#138344)
Robin L. Preble (#271901)
FREDRICKSON & BYRON, P.A.
1100 International Center
900 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 347-7000
Facsimile: (612) 347-7077
Attorneys for Plaintiff First Union National Bank of Delaware

Dated: January 29, 2001

Val Parranto Davis (#84116)
PARRANTO & DAVIS
Suite 204 Hafner Center
1538 White Bear Avenue
St. Paul, MN 55106
Telephone: (651) 774-7278
Facsimile: (651) 774-5999 or 774-8942

Attorney for Defendant Matthew Hornbach

PURSUANT TO ORDER OF REFERENCE FILED ON February 6, 2001
in
First Union National Bank of Delaware vs. Matthew Bombach

This case is now assigned to Magistrate Judge Franklin L. Noel.

CASE NUMBER 00-2502 FLN

Use this case number for all further filings.