UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

First Union National Bank of Delaware,

Plaintiff,

Civil No.: 00-2502 FLN

vs.

**ORDER**

Matthew Bombach,

Defendant.

---

Robin Preble for Plaintiff.
Val P. Davis for Defendant.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on April 9, 2001, on Defendant's Motion to Amend Answer and Counterclaim [#10]. Defendant seeks to amend the Answer and Counterclaim to allege claims for violation of due process and slander of title.

At the motion hearing, Defendant acknowledged that there is no basis in law to allege a due process violation. Accordingly, that portion of the Motion will be denied as futile.

Proof of slander of title requires a showing that the alleged slanderer acted with malice. Paidar v. Hughes, 615 N.W.2d 276 (Minn. 2000). Defendant has failed to allege malice. See Defendant's Proposed Amended Answer and Counterclaim. Therefore, that portion of the Motion will be denied as well.

APR 13 2001

FILED ____________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

Therefore, and based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Motion to Amend Answer and Counterclaim [#10] is **DENIED**.

DATED: April 13, 2001

Franklin L. Noel

FRANKLIN L. NOEL
Chief Magistrate Judge