UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

First Union National Bank of Delaware,

Plaintiff,

v.

Matthew R. Bombach,

Defendant.

Civil 00-2502 FLN

PRETRIAL ORDER

---

The above entitled case is set for trial before the undersigned United States Magistrate Judge beginning at 2:00 p.m. Wednesday, September 12, 2001, Courtroom 9W, United States Courthouse, 300 South 4th Street, Minneapolis, Minnesota.

To assist the court and counsel in achieving a just, speedy and less costly determination of cases pending before the court,

IT IS HEREBY ORDERED that:

1. Each party shall prepare and furnish to the court and serve on opposing counsel, in duplicate, no later than ten days preceding the date set for trial, the following materials:

A. A trial brief and proposed findings of fact and conclusions of law.

B. An exhibit list, proposed on a form supplied by my office. The list shall include, in the sequence proposed to be offered, all exhibits (with each exhibit separately numbered in the upper right-hand corner with the civil number of the case) to be used as evidence at the trial, together with an indication of those agreed by the parties to be admissible and the grounds for objection to any not so agreed upon. Only exhibits so listed shall be offered in evidence at the trial, except for



FILED 6-26-01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D
DEPUTY CLERK

good cause shown.

C. A witness list. The list shall include the names and addresses of all prospective witnesses together with a short statement giving the substance of the testimony of each witness. Only witnesses so listed shall be permitted to testify at the trial, except for good cause shown.

D. Deposition list. The list shall identify all depositions proposed to be offered in evidence, if any. Each party shall ascertain whether or not any of the opposing parties object to the receipt in evidence of any portion of such depositions and the deposition list shall also include a statement of any objections to the receipt in evidence of portions of any such depositions, identifying the objecting party and the grounds. Only depositions so listed shall be offered in evidence at the trial, except for good cause shown.

2. Each party shall, no later than ten days preceding the date set for trial, make available for examination and if requested, copying, by all opposing counsel, all prenumbered exhibits which are included on the party's exhibit list, and which will be offered in evidence at the trial, and shall also examine all such exhibits of opposing counsel. Only exhibits so made available shall be offered in evidence at the trial, except for good cause shown.

3. Each party is encouraged to confer prior to trial and to stipulate as to all uncontested facts and matters not in controversy.

4. Each party is encouraged to confer prior to trial and advise the court as to the probability of settlement.

DATED: June 26, 2001.

FRANKLIN L. NOEL
Chief Magistrate Judge

All such materials should be submitted in duplicate to Cathy Orlando, 9W United States Courthouse, 300 South 4th Street, Minneapolis, Minnesota 55415 (612)664-5110.