UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

First Union National Bank of Delaware,

Plaintiff,

v.

Matthew R. Bombach,

Defendant.

---

Civil No. 00-2502 FLN

**STIPULATION AND ORDER FOR DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their respective undersigned counsel, as follows:

1. that the claims of Plaintiff First Union National Bank of Delaware ("First Union") against defendant Matthew R. Bombach ("Bombach") shall be dismissed with prejudice;

2. that the counterclaims of Bombach against First Union shall be dismissed with prejudice; and

3. that each party shall bear their own costs.

Dated: August 13, 2001

Robin L. Preble (#271901)
FREDRIKSON & BYRON, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3397
Phone: (612) 347-7155
Facsimile: (612) 347-7077

ATTORNEYS FOR FIRST UNION

FILED 8-20-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(20)

Dated: 8/18, 2001

Val Parranto Davis
Parranto & Davis
1538 White Bear Ave.
Suite 204
St. Paul, MN 55106
Phone: (651) 774-7278
Facsimile: (651) 774-8942

ATTORNEY FOR MR. BOMBACH

::ODMA\PCDOCS\FBDOCS1\2544416\1

**ORDER**

Based upon the foregoing Stipulation of the Parties, IT IS HEREBY ORDERED THAT:

1. The Stipulation is accepted and incorporated herein as this Court's Order;

2. All claims asserted by and between the parties are dismissed with prejudice; and

3. Each party shall bear their own costs.

Dated: Aug. 20, 2001

Franklin L. Noel
United States District Court Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500